# AKIN LAW GROUP PLLC

**45 BROADWAY**
**SUITE 1420**
**NEW YORK, NEW YORK 10006**
Tel. (212) 825-1400   Fax. (212) 825-1440

ZAFER A. AKIN
ROBERT D. SALAMAN                                                                 JUSTIN AMES
                                                                                  OLENA TATURA
-----------------------------------                                               ---------------------------------------

May 20, 2021

**Via ECF**

Honorable James R. Cho
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        **Re:** *Montel Turner v. Stanley Lewis Plumbing & Heating Corp., et al.*
             Case No. 20-CV-4931 (DG) (JRC)

Dear Judge Cho:

    This firm is counsel to Plaintiff Montel Turner in the above-referenced action. We write on behalf of all parties to advise the Court that, in accordance with the May 17, 2021 *Cheeks* fairness hearing, the parties have revised the Settlement Agreement. Attached please find the fully executed revised Settlement Agreement. The parties are available at a date and time convenient for the Court for a fairness hearing

    We thank the Court for its continued time and attention to this matter.

                                          Respectfully submitted,

                                          **Akin Law Group PLLC**

                                          */s/ Robert D. Salaman*

                                          _____
                                          Robert D. Salaman

cc: All parties (via ECF)