UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MONTEL TURNER,

                Plaintiff,

-against-

STANLEY LEWIS PLUMBING & HEATING
CORP, WGC SOLUTIONS INC and
ALEX LEWIS,

                Defendants.
-------------------------------------------------------------X

Case No.: 20-CV-4931 (JRC)

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for the Plaintiff and the Defendants, that no person, not a party, having an interest in the subject matter of the action or having an interest adverse to the Plaintiff, the within action commenced by the Plaintiff is hereby discontinued with prejudice and without costs from any party as against any other party.

**IT IS FURTHER STIPULATED AND AGREED** that this stipulation (and/or a copy thereof) may be filed in duplicative with full force and effect as if it was the original, and said Stipulation(s) maybe filed without further notice with the Clerk of the Court.

Dated: June 3, 2021
       New York, New York

| AKIN LAW GROUP PLLC | DAVIDOFF HUTCHER & CITRON, LLP |
|---|---|
| By: Robert D. Salaman, Esq.<br>Attorneys for Plaintiff<br>45 Broadway, Suite 1420<br>New York, New York 10006<br>Tel: (212) 825-1400 | Ben Noren, Esq.<br>Attorneys for Defendants<br>605 3rd Avenue<br>New York, New York 10158<br>Tel: (646) 428-3120 |